FILED

MAR 18 2011

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____DEPUTY

JS - 6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 18 2011

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

|  |  |
|---|---|
| DONALD WASHINGTON, | Case No. CV 10-3946-JST (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| SYLVIA GARCIA, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 3-18-11

**JOSEPHINE STATON TUCKER**
Josephine Staton Tucker
United States District Judge